**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **ESTATE OF GEORGE REYES, AIF,** | § | |
| **and BERTHA ALICIA LEAL-** | § | |
| **MIRELES,** | § | |
| *Plaintiffs,* | § | **CASE NO. 1:25-CV-1661-ADA-DH** |
| | § | |
| *v.* | § | |
| | § | |
| **21ST MORTGAGE CORPORATION,** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 23. Judge Howell recommends that this Court **DENY** Defendant 21st Century Mortgage's motion to proceed with foreclosure sale (Dkt. 17) **WITHOUT PREJUDICE**, and **GRANT-IN-PART** Plaintiff Leal-Mireles's motion to amend and remand (Dkt. 19). Dkt. 23 at 6. Specifically, the report states that "Leal-Mireles should be granted leave to file an amended complaint (Dkt. 19-1), but her motion to remand should be denied." *Id.* The report was filed on March 10, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 19) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant 21st Century Mortgage's motion to proceed with foreclosure sale (Dkt. 17) is hereby **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff Leal-Mireles's motion to amend and remand (Dkt. 19). is hereby **GRANTED-IN-PART** and **DENIED-IN-PART**. Specifically, Leal-Mirales is granted leave to file an amended complaint (Dkt. 19-1), but the motion to remand is denied.

**SIGNED** this 29th day of April, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE